IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| TRIAD MECHANICAL, INC., an Oregon corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 07-516-HU |
| vs. | ) ) | ORDER |
| COATINGS UNLIMITED, INC., a Washington corporation, | ) ) ) | |
| Defendant. | ) ) | |
| and | ) ) | |
| ROYAL SURPLUS LINES INSURANCE CO., | ) ) ) | |
| Garnishee. | ) ) | |

Michael E. Farnell
Spencer S. Adams
Parsons Farnell & Green, LLP
1030 S.W. Morrison Street
Portland, Oregon 97205

    Attorneys for Plaintiff

Page 1 - ORDER

>Gary U. Scharff
>621 S.W. Morrison Street, Suite 1300
>Portland, Oregon 97205
>
>>Attorney for Defendant
>
>Richard A. Lee
>Bodyfelt Mount Stroup & Chamberlain LLP
>707 S.W. Washington Street, Suite 1100
>Portland, Oregon 97205-3528
>
>>Attorney for Garnishee

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on July 10, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Garnishee Royal Surplus Lines Insurance Co. has filed objections, and plaintiff Triad Mechanical, Inc. has filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

///


///

Page 2 - ORDER

Accordingly, I ADOPT Judge Hubel's Findings and Recommendation (#11) and I GRANT plaintiff's Motion to Remand (#3).

Dated this    12th    day of September, 2007.

          /s/ Garr M. King
          Garr M. King
          United States District Judge

Page 3 - ORDER

Accordingly, I ADOPT Judge Hubel's Findings and Recommendation (#11) and I GRANT plaintiff's Motion to Remand (#3).

Dated this    12th    day of September, 2007.

    /s/ Garr M. King
    Garr M. King
    United States District Judge

Page 3 - ORDER